894

No. 93–5440. JACKSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5442. FEARS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5445. BECKFORD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5446. BLANCHETTEC v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5447. ANDREWS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5448. MHOON v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 93–5450. WIRTS v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 93–5452. VALDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5453. PATTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5454. BOROWY v. YEAKEL ET AL. Ct. App. D. C. Certiorari denied.

No. 93–5456. GONZALEZ v. ABBOTT, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 93–5457. HUFF v. CHAPMAN DESIGN & CONSTRUCTION Co. C. A. 11th Cir. Certiorari denied.

No. 93–5463. LOPEZ v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 93–5465. MARTIN v. BUNNELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5466. MILLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.